1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  FREE LAZOR,                                          ) Case No.: 1:13-cv-00801-AWI-BAM (PC)
                                                         )
12             Plaintiff,                                ) ORDER GRANTING PLAINTIFF'S REQUEST
                                                         ) FOR RETURN OF PAPERS AND DIRECTING
13        v.                                             ) CLERK OF COURT TO SEND PLAINTIFF A
                                                         ) COPY OF HIS PAPERS FILED ON NOVEMBER
14  E. CASTELLANDS, et al.,                              ) 14, 2013.
                                                         )
15             Defendants.                               )
                                                         ) (ECF No. 12)
16                                                       )
                                                         )
17  _____              )

18        Plaintiff Free Lazor ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

19  filed pursuant to 42 U.S.C. § 1983.  On November 14, 2013, Plaintiff filed the instant motion

20  requesting that this Court return papers that Plaintiff mistakenly filed with his objections to the

21  Magistrate Judge's findings and recommendations.  Plaintiff indicates that these papers included a set

22  of exhibits and other legal and personal papers that cannot be replaced by any other source.  (ECF No.

23  12.)

24        Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page.  The

25  Court will make an exception in this instance and will direct the Clerk's Office to provide a copy of

26  the second amended complaint at no charge.  However, Plaintiff is advised that any further copies will

27  need to paid for by Plaintiff.  Plaintiff also is reminded that it is his responsibility to keep copies of

28

1

1    any documents that he submits to the court and he needs to take whatever steps necessary to obtain the

2    copies prior to submitting his pleadings.

3            Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail Plaintiff a copy of

4    the exhibits and papers attached to his objections, which were filed on November 14, 2013.

5    IT IS SO ORDERED.

6        Dated:    **November 15, 2013**              /s/ *Barbara A. McAuliffe*

7                                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2