UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br><br>    Plaintiff,<br><br>    v.<br><br>E. CASTELLANDS, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00801-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR RETURN OF PAPERS AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF HIS PAPERS FILED ON NOVEMBER 14, 2013.<br><br>(ECF No. 12) |

Plaintiff Free Lazor ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 14, 2013, Plaintiff filed the instant motion requesting that this Court return papers that Plaintiff mistakenly filed with his objections to the Magistrate Judge's findings and recommendations. Plaintiff indicates that these papers included a set of exhibits and other legal and personal papers that cannot be replaced by any other source. (ECF No. 12.)

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. The Court will make an exception in this instance and will direct the Clerk's Office to provide a copy of the second amended complaint at no charge. However, Plaintiff is advised that any further copies will need to paid for by Plaintiff. Plaintiff also is reminded that it is his responsibility to keep copies of

1 any documents that he submits to the court and he needs to take whatever steps necessary to obtain the
2 copies prior to submitting his pleadings.
3     Accordingly, it is HEREBY ORDERED that the Clerk's Office shall mail Plaintiff a copy of
4 the exhibits and papers attached to his objections, which were filed on November 14, 2013.
5 IT IS SO ORDERED.

Dated:   **November 15, 2013**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE